

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 30, 2007

**Application granted. Conference now scheduled for** November 28, 2007 at 9:30.
**Time is excluded under the Speedy Trial Act through** November 28, 2007.
**SO ORDERED.** Charles L. Brieant  U.S.D.J.
**Dated:** Oct. 31, 2007

BY HAND

The Honorable Charles L. Brieant
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

Re:   **United States v. Frank Ortiz, et al., 07 Cr. 580 (CLB)**

Dear Judge Brieant:

As the Court is aware, a status conference was previously scheduled in the above matter for October 31, 2007. I have spoken with counsel for the defendants and, in light of the status of plea discussions, the Government and the defendants respectfully request that the Court adjourn the conference to November 28, 2007 at 9:30 a.m. Counsel for the defendants consent to this application and to the exclusion of time pursuant to the Speedy Trial Act between October 31, 2007 and November 28, 2007.

Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _Richard Tarlowe_
Richard C. Tarlowe
Assistant United States Attorney
(914) 993-1963

cc: Susanne Brody, Esq. (By hand)
    William K. Schwarz, Esq. (By facsimile)
    Michael F. Keesee, Esq. (By facsimile)
    Lawrence R. DiGiansante, Esq. (By facsimile)