U.S. Department of Justice



United States Attorney
Southern District of New York

United States Courthouse
300 Quarropas Street
White Plains, New York 10601

January 14, 2008

Application granted. Conference now scheduled for
Jan 28, 2008 at 9:00.
Time is excluded under the Speedy Trial Act through
Jan 28, 2008.
SO ORDERED Charles L. Brieant U.S.D.J.
Dated: 1-15-08

BY HAND

The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

Re:   **United States v. Frank Ortiz, et al.**, 07 Cr. 580 (CLB)

Dear Judge Brieant:

A status conference is scheduled in the above matter for January 15, 2008 for David Quiles and Chris Santana, the two remaining defendants who have not pleaded guilty. Based on discussions with defense counsel, the Government anticipates that both defendants will be pleading guilty no later than next week. Accordingly, the Government and the defendants respectfully request that the Court adjourn the conference to January 28, 2007. If the defendants plead guilty prior to that date, as expected, the Government will so inform the Court. Counsel for the defendants have advised me that they consent to the exclusion of time pursuant to the Speedy Trial Act from January 15, 2008 to the next conference.

Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
Richard C. Tarlowe
Assistant United States Attorney
(914) 993-1963

cc: Susanne Brody, Esq. (By hand)
    Lawrence R. DiGiansante, Esq. (By facsimile)