1/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAN 2 3 2008

---------------------------------------------------------x

UNITED STATES OF AMERICA,                    :    CONSENT TO PROCEED BEFORE
                                             :    A UNITED STATES MAGISTRATE
            v.                               :    JUDGE ON A FELONY PLEA
                                             :    ALLOCUTION
CHRIS  SANTANA                    ,          :
                                             :    Docket Number    07CR 580 (CLB)
            Defendant.                       :

---------------------------------------------------------x

The undersigned defendant, advised by my undersigned attorney, consents to a United

States Magistrate Judge presiding over the proceedings required by Rule 11, Fed. R. Crim. P., for

me to enter a plea of guilty in my case, or to change my plea, if one has previously been made,

from not guilty to guilty, in accordance with the Standing Order of the assigned United States

District Judge under Miscellaneous Docket M 10-468. I understand that if my plea is accepted,

my sentencing will take place before the United States District Judge who is assigned, or who is

to be assigned, to my case.

I understand that I have the absolute right to insist that all Rule 11 proceedings be

conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge

that no threats or promises, or other improper inducements, have been made to cause me to

consent to this procedure, and that I do so voluntarily.

IN WITNESS WHEREOF we have executed this consent this  23rd  day of

January  ,208 , at the White Plains Courthouse, White Plains, New York.

X_____          X_____
            Defendant                        Attorney for Defendant

                                  Accepted by_____
                                        Lisa Margaret Smith
                                        United States Magistrate Judge
                                        Southern District of New York

JUDGMENT COPY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: