UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

FRANK ORTIZ, et al.,

Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

**07 Cr. 0580**

TO:  Clerk of Court
 United States District Court
 Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By:  /s/ Sarah R. Krissoff
 Sarah R. Krissoff
 Assistant United States Attorney
 (914) 993-1928
 Sarah.Krissoff@usdoj.gov