# Lawrence R. DiGiansante
Attorney at Law
984 Morris Park Avenue
Bronx, N.Y. 10462
Phone (718) 822-0707

Fax (718) 904-1030

e-mail: Ldcrimlaw@optonline.net

May 6, 2008

**MEMO ENDORSED** 5/6/08

OK Sentencing Adj to 6/25/08 at 9:15 am.

CM

VIA FACSIMILE (212) 805-6326

Honorable Colleen McMahon
U.S. District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

*Re: United States v. Chris Santana, 07 Cr.580-04 (CM)*

Dear Judge McMahon:

I am hereby requesting an adjournment of the Sentencing of Mr. Santana which is scheduled in your court for May 9, 2008. I am currently engaged on trial in Bronx Supreme Court on the matter of **People of the State of New York v. David Davis** in Part T-21 before the Honorable Justice Darcel Clark.

Subsequently, I have spoken with AUSA Sarah Krissoff and she has kindly consented to this adjournment.

Wherefore, your Honor I am respectfully requesting to adjourn this matter until the week of June 16, 2008 or any day after which is convenient with the Court.

Respectfully submitted,

Lawrence DiGiansante

LD:rb
cc: AUSA Sarah Krissoff (914) 993 1980

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08